# Court of Appeals
# of the State of Georgia

ATLANTA,_____July 24, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1895. KWOK C. CHAN AS TRUSTEE FOR THE TOM CHAN TRUST A/K/A THE KWOK C. CHAN TRUST v. FEDERAL HOME LOAN MORTGAGE CORPORATION et al.**

The above appeal was docketed on June 11, 2014. Appellant's brief and enumerations of error were due July 1, 2014. As of the date of this order, appellant has failed to comply with this Court's Rules by not filing his brief and enumerations of error within 20 days from docketing nor requesting an extension of time to due so. Therefore, appellee's Motion to Dismiss Appeal is hereby GRANTED and this appeal is DISMISSED. See Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/24/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*